UNITED STATES MAGISTRATE JUDGE
J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES HOLMACK,

    Plaintiff,

v.

CYTEC INDUSTRIES, INC., a foreign corporation,

    Defendant.

No.: C05-5351JKA

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

    Defendant Cytec Industries, Inc., by and through its attorneys, Christopher M. Veley and Richard J. Whittemore of Bullivant Houser Bailey, P.C., and Plaintiff James Holmack, by and through his attorney, Craig W. Weston, hereby agree and stipulate that the above-captioned matter be dismissed with prejudice and without costs or fees to any party for the reason that this matter has been fully resolved.   This stipulated dismissal applies to any claims raised or raiseable by either party in the above captioned matter.

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE:
No.: C05-5351JKA

Page 1

**Bullivant|Houser|Bailey PC**
805 Broadway Street, Suite 400
Vancouver, Washington  98660-2962
Telephone: 360.693.2424

IT IS SO STIPULATED;
PRESENTMENT WAIVED:

DATED: 12/8/05

/s/ Craig W. Weston
Craig W. Weston, WSBA No. 8303
Of Attorneys for Plaintiff

DATED: 12/13/05

/s/ Chris Veley
Christopher M. Veley, WSBA No. 29522
Richard J. Whittemore, WSBA No. 32713
Of Attorneys for Defendant

## O R D E R

Based upon the foregoing stipulation of the parties, it is hereby ORDERED that the above captioned matter be dismissed with prejudice and without costs or fees to any party. This dismissal Order applies to any claims raised or raiseable by either party in above captioned matter.

DATED this 14th day of December, 2005.

*/s/ J. Kelley Arnold*
U.S. Magistrate Judge

PRESENTED BY:

/s/ Chris Veley
Christopher M. Veley, WSBA No. 29522
Richard J. Whittemore, WSBA No. 32713
Of Attorneys for Defendant

10204658.1  5175-294

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE:   Page 2
No.: C05-5351JKA

**Bullivant|Houser|Bailey PC**
805 Broadway Street, Suite 400
Vancouver, Washington  98660-2962
Telephone: 360.693.2424